United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-3843MN

Peter V. Smilde,            *

                        *

         Appellant,    *

                        *

    v.                *   Appeal from the United States

                        *   District Court for the District

Margaret M. Richardson,    *   of Minnesota.

Commissioner, U.S. Internal Revenue    *

Service; U.S. Department of the    *     [UNPUBLISHED]

Treasury; United States of America,    *

                        *

        Appellees.    *

_____

Submitted: April 7, 1998
Filed: April 9, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Peter V. Smilde appeals the district court's dismissal of Smilde's action for refund of a tax assessment for lack of subject matter jurisdiction. Having reviewed the record and the parties' briefs, we conclude the district court's dismissal was proper. We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.